AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| United States of America v. | ) ) ) ) ) ) ) | Case No.   2:25-cr-164 |
| JESSE WASSON _Defendant_ | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    JESSE WASSON                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Distribute and Possess with Intent to Distribtue Controlled Substances, 21 USC 846
Counts 2, 4, 5: Distribution of Methamphetamine, 21 USC 841(a)(1)
Count 3: Distribution of Cocaine and Alprazolam, 21 USC 841(a)(1)

Date:     10/02/2025

_Issuing officer's signature_

City and state:     Columbus, Ohio

Richard W. Nagel, Clerk, U.S. District Court
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 10/02/25 , and the person was arrested on _(date)_ 10/06/25
at _(city and state)_ Parker, CO .

Date: 10/07/25

_Arresting officer's signature_

William VonEssen, Special Agent
_Printed name and title_